UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SEAN M. DONAHUE,
    Plaintiff

v.

FBI SCRANTON OFFICE,
    Defendant

CIVIL ACTION NO. 3:13-CV-1286

(JUDGE NEALON)
(MAGISTRATE JUDGE BLEWITT)

**FILED SCRANTON**
**JUL 3 0 2013**
PER _____
DEPUTY CLERK

## ORDER

NOW, THIS 30th DAY OF JULY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 8), is **ADOPTED**:

    A. The Complaint, (Doc. 1), is **DISMISSED with prejudice**;

    B. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 5), is **GRANTED** for the sole purpose of filing this action;

2. Plaintiff's motions to appoint counsel, (Docs. 13-14), are **DENIED**;

3. The Clerk of Court is directed to **CLOSE** this case; and

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_____
United States District Judge